# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

AARON RANTZ,

Appellant,

v.

GATEWAY CENTRE PROPERTY OWNERS' ASSOCIATION,
INC., and CITY OF PINELLAS PARK,

Appellees.

No. 2D2025-0938

_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Amy M. Williams, Judge.

Cameron W. Brumbelow and Melissa G. Morales of Brumbelow Morales, P.A., St. Petersburg, for Appellant.

Carla M. Sabbagh, Gregory D. Jones, and Ronald D. Barcena Jr. of Rywant, Alvarez, Jones, Russo & Guyton, P.A., Tampa, for Appellee, Gateway Centre Property Owners' Association, Inc.

Jay Daigneault of Trask Daigneault, LLP, Clearwater, for Appellee, City of Pinellas Park.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.